**No. 58878.**—Frank P. Dow Co., Inc. *v.* United States, protest 239948–K (San Francisco).

Opinion by JOHNSON, J.   An examination of the official record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.